IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LAUREL GARDENS, LLC, *et al.*,

    Plaintiffs,

v.

TIMOTHY MCKENNA, *et al.*,

    Defendants.

CIVIL ACTION
NO. 17-570

## ORDER

**AND NOW**, this 4th day of December, 2019, upon consideration of Plaintiffs' Motion *in Limine* No. 1 to Admit the Revised Affidavit and Trial Testimony of Matthew Sibley (ECF Docket No. 276) and Plaintiffs' Motion *in Limine* No. 2 to Admit Two Emails from Catherine McKenna to Sharon Simmons (ECF Docket No. 277) (collectively, the "Motions"), the opposition thereto of Defendants Saul Ewing Arnstein & Lehr, LLP, John Snyder, and David Falcone, and the parties' briefing thereon, it is hereby **ORDERED** that the Motions are **DENIED**.

                                              **BY THE COURT:**

                                              **/s/ Jeffrey L. Schmehl**
                                              Jeffrey L. Schmehl, J.