IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LAUREL GARDENS, LLC, *et al.*,

    Plaintiffs,

v.

TIMOTHY MCKENNA, *et al.*,

    Defendants.

CIVIL ACTION
NO. 17-570

### **ORDER**

**AND NOW**, this  20th  day of December, 2019, upon consideration of the Saul Defendants'[1] Motion for Summary Judgment (ECF Docket No. 258), all supporting and opposing papers, and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that the Saul Defendants' Motion is **GRANTED**.

                                              **BY THE COURT:**

                                              /S/ JEFFREY L. SCHMEHL, J.
                                              Jeffrey L. Schmehl, J.

---

[1] Saul Ewing LLP, David Falcone, and John Snyder.