IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LAUREL GARDENS, LLC, *et al.*,

    Plaintiffs,

v.

TIMOTHY MCKENNA, *et al.*,

    Defendants.

CIVIL ACTION
NO. 17-570

## ORDER

**AND NOW**, this 17th day of January, 2020, upon consideration of the Aerenson Defendants'[1] Motion for Summary Judgment (ECF Docket No. 265), all supporting and opposing papers, and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that the Aerenson Defendants' Motion is **GRANTED**.

BY THE COURT:

Jeffrey L. Schmehl, J.

---

[1] Norman and Robert Aerenson.