IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LAUREL GARDENS, LLC, *et al.*,

    Plaintiffs,

v.

TIMOTHY MCKENNA, *et al.*,

    Defendants.

CIVIL ACTION
NO. 17-570

### **ORDER**

**AND NOW**, this 5th day of February, 2020, upon consideration of Thomas DiDonato's Motion for Summary Judgment (ECF Docket No. 272), all supporting and opposing papers, all materials incorporated by reference, and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that the Motion is **GRANTED**.

**BY THE COURT:**

/**s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.