IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAUREL GARDENS, LLC, *et al.*, | |
| Plaintiffs, | |
| v. | CIVIL ACTION No. 17-570 |
| TIMOTHY McKENNA, *et al.*, | |
| Defendants. | |

**ORDER**

**AND NOW**, this 15th day of April, 2020, upon consideration of Hank and Margit Julicher's Motion for Summary Judgment (ECF Docket No. 273) and all supporting and opposing papers, and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that the Motion is **DENIED** on all counts.

BY THE COURT:

/s/ Jeffrey L. Schmehl
Jeffrey L. Schmehl, J.