IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAUREL GARDENS, LLC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> TIMOTHY MCKENNA, *et al.*, <br><br> Defendants. | CIVIL ACTION <br> NO. 17-570 |

**AND NOW**, this 18th day of November, 2020, upon review of Frontier Mulch LLC's Motion for Summary Judgment (ECF # 330), it is hereby **ORDERED** that Frontier's Motion for Summary Judgment is **GRANTED**, Frontier is **DISMISSED** from the case, and Frontier's Motion for Approval of Dismissal (ECF # 376) is **DENIED AS MOOT**.

                                                                **BY THE COURT:**

                                                                 **/s/ Jeffrey L. Schmehl**
                                                                 Jeffrey L. Schmehl, J.