IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LAUREL GARDENS, LLC, *et al.*,

    Plaintiffs,

v.

TIMOTHY MCKENNA, *et al.*,

    Defendants.

CIVIL ACTION
NO. 17-570

## ORDER

**AND NOW**, this 17th day of May, 2021, upon review of the motions before the Court, and the responses thereto, it is hereby **ORDERD** that the Isken defendants' Motion for Judgement on the Pleadings, alternatively, Motion for Summary Judgement (ECF #342) is **DENIED** for the reasons set forth in the accompanying Memorandum Opinion.

**BY THE COURT:**

/s/ Jeffrey L. Schmehl
Jeffrey L. Schmehl, J.