IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAUREL GARDENS, LLC *et al.*, | : |
| Plaintiffs, | : |
| v. | : CIVIL ACTION NO. 17-570 |
| TIMOTHY MCKENNA *et al.*, | : |
| Defendants. | : |

## ORDER

**AND NOW**, this 10th day of August, 2023, upon consideration of the *Motion for Summary Judgement* (ECF No. 441) filed by Defendants Donald Isken, Paul Isken, and Isken Enterprises, LLC, the *Motion for Summary Judgment* (ECF No. 442) filed by Defendants Henry and Margit Julicher, Plaintiffs' oppositions to those Motions (ECF Nos. 452–53), and certain Defendants' reply in support thereof (ECF No. 456) and after oral argument being held on May 23, 2023, it is hereby **ORDERED** that, for the reasons set forth in the accompanying memorandum, the Motions are **GRANTED** and the case is dismissed.

BY THE COURT:

*/s/ Jeffrey L. Schmehl*
JEFFREY L. SCHMEHL, J.