## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LAUREL GARDENS, LLC, *et al.*,

    *Plaintiffs*,

    v.

TIMOTHY MCKENNA, *et al.*,

    *Defendants*.

CIVIL ACTION
NO. 5:17-cv-00570-JLS

## O R D E R

**AND NOW**, this 30th day of March, 2026, upon consideration of Defendants Donald Isken, Paul Isken, and Isken Enterprises, LLC's Renewed Motion for Summary Judgment, ECF No. 512, and for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** as follows:

(1) The Renewed Motion for Summary Judgment, ECF No. 512, is **GRANTED;**

(2) **JUDGMENT** is **ENTERED** in favor of Defendants Donald Isken, Paul Isken, and Isken Enterprises, LLC on Plaintiffs' claims under 18 U.S.C. §§ 1962(b), (d);

(3) The remaining state-law claims are **DISMISSED WITHOUT PREJUDICE**; and

(4) Defendants Donald Isken, Paul Isken, and Isken Enterprises, LLC's Motion to Exclude Testimony of Messrs. George William Minner, Jr., and Charles P. Gaudioso, ECF No. 511, is **DENIED AS MOOT**.

                             **BY THE COURT:**

                             */s/ Jeffery L. Schmehl*
                             **JEFFREY L. SCHMEHL, J.**